D. JASON HAWKINS (09182)
SCOTT YOUNG (10695)
SPENCER FANE LLP
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
djh@scmlaw.com
rsy@scmlaw.com
*Attorneys for Plaintiff*

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| GOA, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE;<br>UNITED STATES OF AMERICA; and JOHN<br>DOES I-X.<br><br>Defendants. | **JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Civil No: 2:22cv634 -JNP-JCB<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff GOA, LLC hereby

dismisses this action with prejudice.  All parties stipulate and consent to this dismissal, and each

party shall bear its own attorneys' fees and costs.

DATED this 29th day of September, 2023.

SPENCER FANE LLP


  */s/  D. Jason Hawkins*
D. Jason Hawkins
Scott Young
*Attorneys for Plaintiff GOA, LLC*

BRETT A. SHUMATE
Assistant Attorney General

KIRK T. MANHARDT
Director
Commercial Litigation Branch

KEVIN P. VANLANDINGHAM
Assistant Director


  /s/   Terrance A. Mebane
Terrance A. Mebane
U.S. DEPARTMENT OF JUSTICE
Civil Division
Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-0493
Terrance.A.Mebane@usdoj.gov
[Permission granted via email dated 8/29/2025]

*Counsel for the United States of America*

SLC 7616965.1